Entered on Docket June 10, 2020

**Below is the Order of the Court.**



_____
**Marc Barreca
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| United States Trustee,<br><br>                Plaintiff,<br><br>  v.<br>Thomas McAvity and Northwest Debt Relief Law Firm,<br><br>                Defendants. | Misc. Pro. No. 20-00100-MLB<br><br>**ORDER REASSIGNING CASE** |

    This matter came before me *sua sponte*. Good cause exists to transfer the case to Judge Mary Jo Heston. Now, therefore, this case is transferred to the Tacoma Division and reassigned to Judge Heston.

/// END OF ORDER ///