# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| United States Trustee for Region 18,<br><br>Plaintiff.<br><br>v.<br><br>Thomas McAvity, and<br>Northwest Debt Relief Law Firm,<br><br>Defendants. | Case No. 20-00400-MJH<br><br><br>PROOF OF SERVICE |

I, Keith Swanson, certify that I am 18 years of age and not a party to the above captioned matter. I further certify that a copy of each of the *Complaint for Disgorgement, Sanctions, and Injunction Against Thomas McAvity and Northwest Debt Relief Law Firm, Summons in an Miscellaneous Proceeding, and Order Reassigning Case* was served on June 11, 2020, by U.S. Mail to the defendants Thomas McAvity and Northwest Debt Relief Law Firm, as follows:

Thomas McAvity
4513 E. Avalon Dr
Phoenix, AZ 85018-7231

Thomas McAvity
650 NE Holladay St Ste 1600
Portland, OR 97232-2035

PROOF OF SERVICE- 1

Thomas McAvity
1312 Main Street
Vancouver, WA 98660

Thomas McAvity
14900 Interurban Ave. S. - Ste. 271
PMB 43
Seattle, WA 98168

Northwest Debt Relief Law Firm
650 NE Holladay St Ste 1600
Portland, OR 97232-2035

Northwest Debt Relief Law Firm
1312 Main Street
Vancouver, WA 98660

Northwest Debt Relief Law Firm
14900 Interurban Ave. S. - Ste. 271
PMB 43
Seattle, WA 98168

I declare the foregoing is true and correct under penalty of perjury.

DATED this 11th day of June, 2020.

    Respectfully submitted,

    GREGORY M. GARVIN
    Acting United States Trustee for Region 18

    /s/ *Keith Swanson*
    Keith Swanson, Legal Assistant
    Office of the United States Trustee

PROOF OF SERVICE- 2