# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants | Misc. P. No. 20-00400-MJH<br><br>*EX PARTE*<br>MOTION FOR ORDER ALLOWING OVERLENGTH BRIEF |

Gregory M. Garvin, Acting United States Trustee for Region 18 (the "United States Trustee"), hereby moves for entry of an Order Allowing Overlength Brief.

Pursuant to Local Rule of Bankruptcy Procedure 9013-1(d)(C), briefs and memoranda are generally limited to 12 pages and dispositive motions are limited to 24 pages. The United States Trustee's Motion to Dismiss Counterclaim is 16 pages in length due to the number of issues presented. While the United States Trustee believes that the Motion is dispositive in nature, he brings this motion seeking the Court's permission out of an abundance of caution.

MOTION

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1

DATED this Monday, August 3, 2020,

                                        Respectfully submitted,

                                        Gregory M. Garvin
                                        Acting U.S. Trustee for Region 18

                                        /s/ Matthew J.P. Johnson
                                        Matthew J.P. Johnson, WSBA #4047
                                        Attorney for the United States Trustee

MOTION                                                                      Office of the United States Trustee
                                                                                        700 Stewart St., Suite 5103
                                                                                             Seattle, WA  98101-1271
                                                                                                  Phone: 206-553-2000,
                                                                                                       Fax: 206-553-2566

- 2 -