1

2

3

4

5

6

7

8          **IN THE UNITED STATES BANKRUPTCY COURT FOR THE
           WESTERN DISTRICT OF WASHINGTON**

9

10   UNITED STATES TRUSTEE

                                              Misc. P. No. 20-00400-MJH
11            Plaintiff                       (Proposed)
                                              ORDER DISMISSING DEFENDANTS'
12            v.                              COUNTERCLAIMS

13   THOMAS MCAVITY, and NORTHWEST
     DEBT RELIEF LAW FIRM,

14
              Defendants
15

16          THIS MATTER came before the Court before the Court on the United States Trustee's

17   Motion for to Dismiss Defendants' Counterclaims,  the Court, having reviewed the Motion, any

18   evidence filed in support of and in opposition to the Motion, and the filings of record in this

19   matter,

20          HEREBY ORDERS, ADJUDGES AND DECREES:

21
            (1) The United States Trustee's Motion to Dismiss Defendants Counterclaim is hereby
22              granted.
     //
23   //
     //
24

     ORDER                                              Office of the United States Trustee
                                                              700 Stewart St., Suite 5103
                                                              Seattle, WA  98101-1271
                                                              Phone: 206-553-2000,
                                                              Fax: 206-553-2566
                                     - 1

     Case 20-00400-MJH    Doc 9-1    Filed 08/03/20    Ent. 08/03/20 16:01:15    Pg. 1 of 2

1

(2) The Defendants' Counterclaims for Declaratory Judgement for the Legality of FSF's

2

Bifurcation Model and the Legality of Counsel's use of FSF's Financing and Payment

3

Management Services are hereby dismissed with prejudice.

4

### END OF ORDER###

5

DATED this Monday, August 3, 2020,

6

Respectfully submitted,

7

Gregory M. Garvin
Acting U.S. Trustee for Region 18

8

9

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476

10

Attorney for the United States Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 2