|   |   |
|---|---|
|   | Honorable Mary Jo Heston<br>Misc. Proceeding<br>Hearing Date: 9/3/2020<br>Hearing Time: 9:00 a.m.<br>Location: TELEPHONIC<br>Response Date: 8/27/2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>UNITED STATES TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants | Misc. P. No. 20-00400-MJH<br><br>NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM |

PLEASE TAKE NOTICE that the United States Trustee's Motion to Dismiss Defendants' Counterclaim IS SET FOR HEARING as follows:

| | | | |
|---|---|---|---|
| Judge: | Mary Jo Heston | Date: | September 3, 2020 |
| Place: | Telephonic | Time: | 9:00 a.m. |

Instructions
(1) Dial: 1-888-363-4749
(2) Enter Access Code: 5635947#
(3) Press the # sign
(4) Enter Security Code when prompted: 3887#
(5) Speak your name when prompted

Guidelines
(1) Use a land line phone and not a cell phone, if possible.
(2) **Do not use a speaker phone.**
(3) Make the call from a quiet area where

NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 12    Filed 08/03/20    Ent. 08/03/20 16:29:22    Pg. 1 of 2

background noise is minimal.
(4) Wait until the judge calls your case before speaking.
(5) Do not put the phone on hold at any time after the call is connected.
(6) In the event you are unable to connect to the conference call after following the above procedures, please contact chambers at 253-882-3950.

DATED this 3rd day of August, 2020.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

 */s/ Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for United States Trustee

NOTICE OF HEARING ON UNITED
STATES TRUSTEE'S MOTION TO
DISMISS DEFENDANTS' COUNTERCLAIM

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)