Entered on Docket August 4, 2020

Below is the Order of the Court.

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON**

In re:

United States Trustee v.
Thomas McAvity, et al.

        Debtor,

Case No. 20-00400-MJH

**ORDER ON PRO HAC VICE APPLICATION**

    This matter came before the Court on the Application for Leave to Appear Pro Hac Vice (the "Application") submitted by ____Daniel E. Garrison____ seeking permission to appear and participate as counsel for _____Thomas A. McAvity_____ in the above-captioned matter. The Court having reviewed the Application, it is hereby

    ORDERED that the Application is GRANTED. This Order is limited to the above-captioned matter only and does not extend the applicant's pro hac vice status to other bankruptcy and adversary proceedings before this Court.

///End of Order///