Entered on Docket August 4, 2020

**Below is the Order of the Court.**

**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants | Misc. P. No. 20-00400-MJH<br><br>*EX PARTE*<br>ORDER ALLOWING OVERLENGTH BRIEF |

THIS MATTER came before the Court before the Court on the United States Trustee's *Ex Parte* Motion for Order Allowing Overlength Brief, the Court, having reviewed the Motion, any evidence filed in support of and in opposition to the Motion, and the filings of record in this matter,

HEREBY ORDERS, ADJUDGES AND DECREES:

(1) The United States Trustee's Motion for Order Allowing Overlength Brief is hereby granted.

//
//
//

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1 -

(2) The United States Trustee may file a Motion to Dismiss Counterclaims not to exceed 24 pages.

### END OF ORDER ###

DATED this Monday, August 3, 2020,

Respectfully submitted,

Gregory M. Garvin
Acting U.S. Trustee for Region 18

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA
#40476 Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566