United States Trustee,
    Plaintiff                                  Adv. Proc. No. 20-00400-MJH

McAvity,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0981-3      User: admin      Page 1 of 1      Date Rcvd: Aug 04, 2020
                       Form ID: pdf      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2020.
aty          Daniel E. Garrison,    Protego Law, PLLC,    Scottsdale, AZ  85281
ust          +Trusteeavail Ustwawbmonitor,    DOJ-Ust,    700 Stewart Street,    Suite 5103,
                Seattle, WA 98101-4438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustp.region18.sp.ecf@usdoj.gov Aug 05 2020 02:41:00      US Trustee,
                US Court House,    920 W Riverside Ave, Suite 593,    Spokane, WA 99201-1012
ust          +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Aug 05 2020 02:40:59      US Trustee, Portland,
                620 SW Main St #213,    Portland, OR 97205-3026
ust          +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Aug 05 2020 02:40:55      United States Trustee,
                700 Stewart St Ste 5103,    Seattle, WA 98101-4438
                                                                                                                         TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2020                                                        Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2020 at the address(es) listed below:
         Matthew Joseph Plahuta Johnson    on behalf of Plaintiff    United States Trustee
           matthew.j.johnson@usdoj.gov,
           Tara.Maurer@usdoj.gov;Young-Mi.Petteys@usdoj.gov;Martha.A.VanDraanen@usdoj.gov
         Thomas A. McAvity    on behalf of Defendant    Northwest Debt Relief Law Firm thomas@nwdrlf.com,
           nwdebtrelief@gmail.com;dittonlaw@gmail.com;mark@nwdrlf.com
                                                                                                                                          TOTAL: 2

|  |  |
|---|---|
| | Honorable Mary Jo Heston<br>Misc. Proceeding<br>Hearing Date: 9/3/2020<br>Hearing Time: 9:00 a.m.<br>Location: TELEPHONIC<br>Response Date: 8/27/2020 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>UNITED STATES TRUSTEE<br><br>           Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>           Defendants | Misc. P. No. 20-00400-MJH<br><br>NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM |

PLEASE TAKE NOTICE that the United States Trustee's Motion to Dismiss Defendants' Counterclaim IS SET FOR HEARING as follows:

| | | | |
|---|---|---|---|
| Judge: | Mary Jo Heston | Date: | September 3, 2020 |
| Place: | Telephonic | Time: | 9:00 a.m. |

<u>Instructions</u>
(1) Dial: 1-888-363-4749
(2) Enter Access Code: 5635947#
(3) Press the # sign
(4) Enter Security Code when prompted: 3887#
(5) Speak your name when prompted

<u>Guidelines</u>
(1) Use a land line phone and not a cell phone, if possible.
(2) **Do not use a speaker phone.**
(3) Make the call from a quiet area where

NOTICE OF HEARING ON UNITED
STATES TRUSTEE'S MOTION TO
DISMISS DEFENDANTS' COUNTERCLAIM

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 17    Filed 08/06/20    Ent. 08/06/20 21:17:59    Pg. 2 of 3

background noise is minimal.
(4) Wait until the judge calls your case before speaking.
(5) Do not put the phone on hold at any time after the call is connected.
(6) In the event you are unable to connect to the conference call after following the above procedures, please contact chambers at 253-882-3950.

DATED this 3rd day of August, 2020.

                                                             Respectfully submitted,

                                                             GREGORY M. GARVIN
                                                             Acting United States Trustee for Region 18

                                                             */s/ Matthew J.P. Johnson*
                                                             Matthew J.P. Johnson, WSBA #40476
                                                             Attorney for United States Trustee

NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA  98101-1271
206-553-2000, 206-553-2566 (fax)