UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In Re: _____ Debtor | ) ) ) ) ) ) | Bankruptcy No. _____ |
| _____ Plaintiff vs. _____ Defendant _____ | ) ) ) ) ) ) ) ) ) ) | Adversary No. _____  **MEDIATION CERTIFICATION** |

    Pursuant to Local Bankruptcy Rule 9040-3, each of the undersigned certifies that he or she has read the Honorable Thomas T. Glover Mediation Program Instructions for Parties, discussed the available dispute resolution options provided by the Court, reviewed dispute resolution options offered by private entities, and considered whether this matter might benefit from any of them.

Dated: _____   *Laurie M. Thornton* _____

Dated: _____   _____

Dated: _____   _____
[Type name of defendant or cross defendant under the signature.]

Dated: _____   _____
[Type name of counsel for defendant or cross defendant, and the name of the party counsel represents, under the signature.]

*Note: This Certification shall be served by the plaintiff on all defendants and must be signed by each party and its counsel. If there is more than one plaintiff, the plaintiff listed first in the caption of the adversary proceeding shall also serve this Certification on all other plaintiffs. If there are additional parties (e.g., additional plaintiffs, defendants, cross plaintiffs, or cross defendants), additional sheets should be filed.*