# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants | Misc. P. No. 20-00400-MJH<br>(Proposed)<br>ORDER DISMISSING DEFENDANTS' COUNTERCLAIMS |

THIS MATTER having came before the Court on the United States Trustee's Motion to Dismiss Defendants' Counterclaims, the Court, having reviewed the Motion, any evidence filed in support of and in opposition to the Motion, and the filings of record in this matter, and having heard the arguments of the parties,

Therefore, for the reason stated by the Court in its oral ruling on September 3, 2020, which are hereby incorporated by reference as if set forth in full, the Court:

HEREBY ORDERS, ADJUDGES AND DECREES:

(1) The United States Trustee's Motion to Dismiss Defendants Counterclaim is hereby granted.

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1

(2) The Defendants' Counterclaims for Declaratory Judgement for the Legality of FSF's Bifurcation Model and the Legality of Counsel's use of FSF's Financing and Payment Management Services are hereby dismissed without leave to amend.

### END OF ORDER###

DATED this Friday, September 4, 2020,

    Respectfully submitted,

    Gregory M. Garvin
    Acting U.S. Trustee for Region 18

    /s/ Matthew J.P. Johnson
    Matthew J.P. Johnson, WSBA #40476
    Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 2 -

Case 20-00400-MJH    Doc 22    Filed 09/04/20    Ent. 09/04/20 14:02:01    Pg. 2 of 2