```
                          United States Bankruptcy Court
                           Western District of Washington
United States Trustee,
        Plaintiff                                                    Adv. Proc. No. 20-00400-MJH
McAvity,
        Defendant
                                   CERTIFICATE OF NOTICE
District/off: 0981-3              User: admin              Page 1 of 1              Date Rcvd: Sep 04, 2020
                                  Form ID: pdf             Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2020.
```
aty             Daniel E. Garrison,    Protego Law, PLLC,    Scottsdale, AZ  85281
ust            +Trusteeavail Ustwawbmonitor,    DOJ-Ust,    700 Stewart Street,    Suite 5103,
                 Seattle, WA 98101-4438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustp.region18.sp.ecf@usdoj.gov Sep 05 2020 01:59:40      US Trustee,
                 US Court House,    920 W Riverside Ave, Suite 593,    Spokane, WA 99201-1012
ust            +E-mail/Text: ustpregion18.pl.ecf@usdoj.gov Sep 05 2020 01:59:39      US Trustee, Portland,
                 620 SW Main St #213,    Portland, OR 97205-3026
ust            +E-mail/Text: USTPREGION18.SE.ECF@USDOJ.GOV Sep 05 2020 01:59:35      United States Trustee,
                 700 Stewart St Ste 5103,    Seattle, WA 98101-4438
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2020 at the address(es) listed below:
```
              Matthew Joseph Plahuta Johnson    on behalf of Plaintiff    United States Trustee
               matthew.j.johnson@usdoj.gov,
                Tara.Maurer@usdoj.gov;Young-Mi.Petteys@usdoj.gov;Martha.A.VanDraanen@usdoj.gov
              Thomas A. McAvity    on behalf of Defendant    Northwest Debt Relief Law Firm thomas@nwdrlf.com,
               nwdebtrelief@gmail.com;dittonlaw@gmail.com;mark@nwdrlf.com
                                                                                             TOTAL: 2
```

Below is the Order of the Court.

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants | Misc. P. No. 20-00400-MJH<br><s>(Proposed)</s><br>ORDER DISMISSING DEFENDANTS' COUNTERCLAIMS |

THIS MATTER having came before the Court on the United States Trustee's Motion to Dismiss Defendants' Counterclaims, the Court, having reviewed the Motion, any evidence filed in support of and in opposition to the Motion, and the filings of record in this matter, and having heard the arguments of the parties,

Therefore, for the reason stated by the Court in its oral ruling on September 3, 2020, which are hereby incorporated by reference as if set forth in full, the Court:

HEREBY ORDERS, ADJUDGES AND DECREES:

(1) The United States Trustee's Motion to Dismiss Defendants Counterclaim is hereby granted.

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1

(2) The Defendants' Counterclaims for Declaratory Judgement for the Legality of FSF's Bifurcation Model and the Legality of Counsel's use of FSF's Financing and Payment Management Services are hereby dismissed without leave to amend.

### END OF ORDER###

DATED this Friday, September 4, 2020,

    Respectfully submitted,

    Gregory M. Garvin
    Acting U.S. Trustee for Region 18

    /s/ Matthew J.P. Johnson
    Matthew J.P. Johnson, WSBA #40476
    Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 2