Honorable Mary Jo Heston
Misc. Proceeding

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

UNITED STATES TRUSTEE

    Plaintiff,

v.

THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,

    Defendants.

Misc. P. No. 20-00400-MJH

STIPULATION TO CONTINUE TRIAL DATE

    Acting United States Trustee for Region 18, Gregory M. Garvin ("U.S. Trustee"), by and through his attorney, Matthew J.P. Johnson, and Thomas McAvity, by and through his attorney Daniel Garrison, hereby stipulate and agree as follows:

    The U.S. Trustee has served upon the Defendant his first set of interrogatories and requests for production (the "RFPs"). The RFPs seek production of a large volume of documents going back approximately two years. Given the large volume of documents requested, the United States Trustee and Debtor's attorney have conferred several times about the production of discovery, the last time being by email on December 21, 2020. The parties have agreed to allow Defendants until January 15, 2021, to complete discovery. Based on this extended discovery timeline, the parties would also like to continue the trial date, and the corresponding deadlines.

STIPULATION

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1

The UST contacted chambers on or around December 7, 2020, seeking a new trial date and was informed by the Courtroom Deputy, Patty Adams, that Judge Heston had available trial dates on June 14, 2021, through June 18, 2021. Therefore, the parties to this stipulation agree that the trial should be moved to June 14, 2021, through June 17, 2021.

Agreed to by:

/s/ Daniel Garrison
Daniel Garrison, AZ Bar #021495
Admitted *Pro Hac Vice*
Attorney for Thomas McAvity and Northwest Debt Relief Law Firm

Agreed to by:

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

VERIFICATION

The undersigned, Thomas McAvity, Defendant in this adversary case, hereby certify that I have read the foregoing Interrogatories and Requests for Production and the answers and responses thereto, and the answers and responses are true, correct, and complete to the best of my knowledge and belief.

STIPULATION

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 2 -

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2020.

_____
Thomas McAvity
Defendant

DATED this Thursday, January 7, 2021,

Respectfully submitted,

Gregory M. Garvin
Acting U.S. Trustee for Region 18

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

STIPULATION

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 3 -

Case 20-00400-MJH    Doc 28    Filed 01/07/21    Ent. 01/07/21 15:32:24    Pg. 3 of 3