# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants. | Misc. P. No. 20-00400-MJH<br><br>ORDER EXTENDING TRIAL DATES |

THIS MATTER, having come before the Court on the agreement of the Acting United States Trustee for Region 18, Gregory M. Garvin, by and through his attorney, Matthew J.P. Johnson, and the Defendants, by and through their attorney, Daniel Garrison, seeking a continuance of the trial date in this adversary case, and the Court, having considered the stipulation of the parties, the Court:

HEREBY finds that there is cause to continue the trial in this adversary case; and

HEREBY ORDERS that the trial date is hereby continued to June 14, 2021; and

//
//
//

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA  98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1 -

FURTHER ORDERS that the Court will enter an amended notice of trial and order setting deadlines in this adversary case.

/// END OF ORDER ///

Agreed to/by:

/s/ Daniel Garrison
Daniel Garrison, AZ Bar #021495
Admitted *Pro Hac Vice*
Attorney for Thomas McAvity and Northwest Debt Relief Law Firm

Agreed to/Presented by:

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

VERIFICATION

The undersigned, Thomas McAvity, Defendant in this adversary case, hereby certify that I have read the foregoing Interrogatories and Requests for Production and the answers and responses thereto, and the answers and responses are true, correct, and complete to the best of my knowledge and belief.

I certify under penalty of perjury that the foregoing is true and correct.

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

Executed on _____, 2020.

_____
Thomas McAvity
Defendant

DATED this Thursday, January 7, 2021,

Respectfully submitted,

Gregory M. Garvin
Acting U.S. Trustee for Region 18

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 3 -

Case 20-00400-MJH    Doc 29    Filed 01/07/21    Ent. 01/07/21 16:02:03    Pg. 3 of 3