Below is the Order of the Court.

Mary Jo Heston
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

UNITED STATES TRUSTEE

    Plaintiff,

v.

THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,

    Defendants.

Misc. P. No. 20-00400-MJH

ORDER EXTENDING TRIAL DATES

THIS MATTER, having come before the Court on the agreement of the Acting United States Trustee for Region 18, Gregory M. Garvin, by and through his attorney, Matthew J.P. Johnson, and the Defendants, by and through their attorney, Daniel Garrison, seeking a continuance of the trial date in this adversary case, and the Court, having considered the stipulation of the parties, the Court:

HEREBY finds that there is cause to continue the trial in this adversary case; and

HEREBY ORDERS that the trial date is hereby continued to June 14, 2021; and

//
//
//

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1

FURTHER ORDERS that the Court will enter an amended notice of trial and order setting deadlines in this adversary case.

/// END OF ORDER ///

Agreed to/by:

/s/ Daniel Garrison
Daniel Garrison, AZ Bar #021495
Admitted *Pro Hac Vice*
Attorney for Thomas McAvity and Northwest Debt Relief Law Firm

Agreed to/Presented by:

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

VERIFICATION

The undersigned, Thomas McAvity, Defendant in this adversary case, hereby certify that I have read the foregoing Interrogatories and Requests for Production and the answers and responses thereto, and the answers and responses are true, correct, and complete to the best of my knowledge and belief.

I certify under penalty of perjury that the foregoing is true and correct.

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 2 -

Case 20-00400-MJH    Doc 30    Filed 01/08/21    Ent. 01/08/21 16:22:25    Pg. 2 of 3

Executed on _____, 2020.

_____
Thomas McAvity
Defendant

    DATED this Thursday, January 7, 2021,

        Respectfully submitted,

        Gregory M. Garvin
        Acting U.S. Trustee for Region 18

        /s/ Matthew J.P. Johnson
        Matthew J.P. Johnson, WSBA #40476
        Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 3 -

Case 20-00400-MJH   Doc 30   Filed 01/08/21   Ent. 01/08/21 16:22:25   Pg. 3 of 3