United States Trustee,
    Plaintiff

Adv. Proc. No. 20-00400-MJH

McAvity,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0981-3      User: admin      Page 1 of 2
Date Rcvd: Jan 08, 2021      Form ID: pdf      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Daniel E. Garrison, Protego Law, PLLC, Scottsdale, AZ 85281 |
| ust | + Trusteeavail Ustwawbmonitor, DOJ-Ust, 700 Stewart Street, Suite 5103, Seattle, WA 98101-4438 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustp.region18.sp.ecf@usdoj.gov | Jan 09 2021 02:49:00 | US Trustee, US Court House, 920 W Riverside Ave, Suite 593, Spokane, WA 99201-1012 |
| ust | + Email/Text: ustpregion18.pl.ecf@usdoj.gov | Jan 09 2021 02:49:00 | US Trustee, Portland, 620 SW Main St #213, Portland, OR 97205-3026 |
| ust | + Email/Text: USTPREGION18.SE.ECF@USDOJ.GOV | Jan 09 2021 02:49:00 | United States Trustee, 700 Stewart St Ste 5103, Seattle, WA 98101-4438 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Matthew J.P. Johnson | |

on behalf of Plaintiff United States Trustee matthew.j.johnson@usdoj.gov Young-Mi.Petteys@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

Thomas A. McAvity

on behalf of Defendant Northwest Debt Relief Law Firm thomas@nwdrlf.com nwdebtrelief@gmail.com;dittonlaw@gmail.com;mark@nwdrlf.com

TOTAL: 2

Below is the Order of the Court.

*Mary Jo Heston*
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants. | Misc. P. No. 20-00400-MJH<br><br>ORDER EXTENDING TRIAL DATES |

THIS MATTER, having come before the Court on the agreement of the Acting United States Trustee for Region 18, Gregory M. Garvin, by and through his attorney, Matthew J.P. Johnson, and the Defendants, by and through their attorney, Daniel Garrison, seeking a continuance of the trial date in this adversary case, and the Court, having considered the stipulation of the parties, the Court:

HEREBY finds that there is cause to continue the trial in this adversary case; and

HEREBY ORDERS that the trial date is hereby continued to June 14, 2021; and

//
//
//

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1

FURTHER ORDERS that the Court will enter an amended notice of trial and order setting deadlines in this adversary case.

/// END OF ORDER ///

Agreed to/by:

/s/ Daniel Garrison
Daniel Garrison, AZ Bar #021495
Admitted *Pro Hac Vice*
Attorney for Thomas McAvity and Northwest Debt Relief Law Firm

Agreed to/Presented by:

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

VERIFICATION

The undersigned, Thomas McAvity, Defendant in this adversary case, hereby certify that I have read the foregoing Interrogatories and Requests for Production and the answers and responses thereto, and the answers and responses are true, correct, and complete to the best of my knowledge and belief.

I certify under penalty of perjury that the foregoing is true and correct.

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 2 -

Case 20-00400-MJH    Doc 31    Filed 01/10/21    Ent. 01/10/21 21:18:20    Pg. 4 of 5

Executed on _____, 2020.

_____
Thomas McAvity
Defendant

        DATED this Thursday, January 7, 2021,

Respectfully submitted,

Gregory M. Garvin
Acting U.S. Trustee for Region 18

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 3 -