## Johnson, Matthew J. (USTP)

| | |
|---|---|
| **From:** | Johnson, Matthew J. (USTP) |
| **Sent:** | Tuesday, October 27, 2020 10:20 AM |
| **To:** | Daniel Garrison |
| **Subject:** | RE: United States v. McAvity, Misc. P. No. 20-00400-MJH ROGS and RFP |

Dan,

Yes, December 2, is fine.

Thanks, and have a good holiday if I do not hear from you before then.

Matt

---

**From:** Daniel Garrison <info@protegolaw.com>
**Sent:** Tuesday, October 27, 2020 9:58 AM
**To:** Johnson, Matthew J. (USTP) <Matthew.J.Johnson@UST.DOJ.GOV>
**Cc:** Thornton, Laurie M.. (USTP) <Laurie.M.Thornton@UST.DOJ.GOV>
**Subject:** RE: United States v. McAvity, Misc. P. No. 20-00400-MJH ROGS and RFP

Matt:

I just went to calendar the deadline for response to your RFPs and Rogs and it's Thanksgiving. Can we bump this out to the middle of the next week, say, Wednesday, December 2nd? Also, I got payment histories from Tom on the five debtors in question (he works with a company called Bridge Legal for payment management, and I think there was somewhat of a delay in getting statements from them), so I'll get the response to your conflict letter out right away. I'll also get our initial disclosures.

Thanks. -Dan

***Daniel E. Garrison, Esq.***
Managing Partner & Lead Litigation Counsel
1805 North Scottsdale Rd., Ste. 100
Tempe, Arizona 85281
Direct: (480) 504-6840
dan@protegolaw.com



This message is from a law firm and may contain attorney-client confidential information or privileged work product. If you are not the intended recipient, please delete this message and any attachments and contact the sender.

**From:** Johnson, Matthew J. (USTP) <Matthew.J.Johnson@usdoj.gov>
**Sent:** Tuesday, October 27, 2020 9:51 AM
**To:** Daniel Garrison <info@protegolaw.com>
**Cc:** Thornton, Laurie M.. (USTP) <Laurie.M.Thornton@usdoj.gov>
**Subject:** RE: United States v. McAvity, Misc. P. No. 20-00400-MJH ROGS and RFP


Daniel,

Please find the plaintiff's first set of interrogatories and requests for production. Please let me know if you have any questions.

Best regards,


**Matthew J.P. Johnson**
Trial Attorney
United States Department of Justice
Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101
(206) 553-2000, ext. 222

This message and any attachments are intended only for addressee and may contain information that is privileged, "Limited Official Use," or "Sensitive But Unclassified." If the reader of the message is not the intended recipient, then any dissemination of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to this e-mail message or by telephone at the number above, and delete the message and any attachments from your system. Thank you.