**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants | Misc. P. No. 20-00400-MJH<br><br>PROPOSED<br>ORDER GRANTING MOTION BY THE UNITED STATES TRUSTEE FOR ORDER COMPELLING COMPLIANCE WITH DISCOVERY |

This matter, having come before the Court upon the *Motion of the United States Trustee for Order Compelling Compliance with Discovery* (the "**Motion**"), this Court having reviewed and considered the Motion, the records and files of this case, and considered the arguments of the parties, if any, and based upon the foregoing, and good cause appearing,

IT IS HEREBY ORDERED THAT:

(1) The Motion is granted;

(2) The Defendant shall respond to the United States Trustee's First Interrogatories and Requests for Production no later than five-days from the date of this order.

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 1

(3) Failure to comply with the terms of this Order may results in additional sanctions; including, but not limited to, adverse evidentiary rulings.

### End of Order ###

Submitted this Wednesday, January 20, 2021,

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

ORDER

Office of the United States Trustee
700 Stewart St., Suite 5103
Seattle, WA 98101-1271
Phone: 206-553-2000,
Fax: 206-553-2566

- 2 -