|   |   |
|---|---|
|   | Honorable Mary Jo Heston<br>Hearing Date: February 18, 2021<br>Hearing Time: 9:00 a.m.<br>Location: TELEPHONIC<br>**Response Date: At the hearing** |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM<br><br>Debtor. | Misc. P. No. 20-00400-MJH<br><br>NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION FOR ORDER COMPELLING COMPLIANCE WITH DISCOVERY |

PLEASE TAKE NOTICE that the United States Trustee's Motion for Order Compelling Compliance with Discovery IS SET FOR HEARING as follows:

| | | | | |
|---|---|---|---|---|
| Judge: | Mary Jo Heston | | Date: | February 18, 2021 |
| Place: | Telephonic | | Time: | 9:00 a.m. |

Instructions
(1) Dial: 1-888-363-4749
(2) Enter Access Code: 5635947#
(3) Press the # sign
(4) Enter Security Code when prompted: 3887#
(5) Speak your name when prompted

Guidelines
(1) Use a land line phone and not a cell phone, if possible.
(2) **Do not use a speaker phone.**
(3) Make the call from a quiet area where background noise is minimal.
(4) Wait until the judge calls your case before speaking.
(5) Do not put the phone on hold at any time after the call is connected.

| | |
|---|---|
| NOTICE OF HEARING ON UNITED STATES TRUSTEE'S FOR ORDER COMPELLING COMPLIANCE WITH DISCOVERY | Office of the United States Trustee<br>700 Stewart Street, Suite 5103<br>Seattle, WA 98101-1271<br>206-553-2000, 206-553-2566 (fax) |

(6) In the event you are unable to connect to the conference call after following the above procedures, please contact chambers at 206-882-3950.

DATED this 20th day of January, 2021.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

  */s/ Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for United States Trustee

NOTICE OF HEARING ON UNITED STATES TRUSTEE'S FOR ORDER COMPELLING COMPLIANCE WITH DISCOVERY

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 33    Filed 01/20/21    Ent. 01/20/21 13:33:21    Pg. 2 of 2