United States Trustee,
    Plaintiff

Adv. Proc. No. 20-00400-MJH

McAvity,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0981-3     User: admin     Page 1 of 2
Date Rcvd: Jan 20, 2021     Form ID: pdf     Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | Daniel E. Garrison, Protego Law, PLLC, Scottsdale, AZ 85281 |
| ust | + Trusteeavail Ustwawbmonitor, DOJ-Ust, 700 Stewart Street, Suite 5103, Seattle, WA 98101-4438 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: ustp.region18.sp.ecf@usdoj.gov | Jan 21 2021 03:51:00 | US Trustee, US Court House, 920 W Riverside Ave, Suite 593, Spokane, WA 99201-1012 |
| ust | + Email/Text: ustpregion18.pl.ecf@usdoj.gov | Jan 21 2021 03:51:00 | US Trustee, Portland, 620 SW Main St #213, Portland, OR 97205-3026 |
| ust | + Email/Text: USTPREGION18.SE.ECF@USDOJ.GOV | Jan 21 2021 03:50:00 | United States Trustee, 700 Stewart St Ste 5103, Seattle, WA 98101-4438 |

TOTAL: 3

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 22, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Matthew J.P. Johnson | |

                           on behalf of Plaintiff United States Trustee matthew.j.johnson@usdoj.gov
                           Young-Mi.Petteys@usdoj.gov;Martha.A.VanDraanen@usdoj.gov

Thomas A. McAvity

                           on behalf of Defendant Northwest Debt Relief Law Firm thomas@nwdrlf.com
                           nwdebtrelief@gmail.com;dittonlaw@gmail.com;mark@nwdrlf.com

TOTAL: 2

|   |   |
|---|---|
| | Honorable Mary Jo Heston |
| | Hearing Date: February 18, 2021 |
| | Hearing Time: 9:00 a.m. |
| | Location: TELEPHONIC |
| | **Response Date: At the hearing** |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM<br><br>Debtor. | Misc. P. No. 20-00400-MJH<br><br>NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION FOR ORDER COMPELLING COMPLIANCE WITH DISCOVERY |

PLEASE TAKE NOTICE that the United States Trustee's Motion for Order Compelling Compliance with Discovery IS SET FOR HEARING as follows:

| | | | | |
|---|---|---|---|---|
| Judge: | Mary Jo Heston | | Date: | February 18, 2021 |
| Place: | Telephonic | | Time: | 9:00 a.m. |

<u>Instructions</u>
(1) Dial: 1-888-363-4749
(2) Enter Access Code: 5635947#
(3) Press the # sign
(4) Enter Security Code when prompted: 3887#
(5) Speak your name when prompted

<u>Guidelines</u>
(1) Use a land line phone and not a cell phone, if possible.
(2) **Do not use a speaker phone.**
(3) Make the call from a quiet area where background noise is minimal.
(4) Wait until the judge calls your case before speaking.
(5) Do not put the phone on hold at any time after the call is connected.

NOTICE OF HEARING ON UNITED STATES TRUSTEE'S FOR ORDER COMPELLING COMPLIANCE WITH DISCOVERY

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

(6) In the event you are unable to connect to the conference call after following the above procedures, please contact chambers at 206-882-3950.

DATED this 20th day of January, 2021.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

 */s/ Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for United States Trustee

NOTICE OF HEARING ON UNITED STATES TRUSTEE'S FOR ORDER COMPELLING COMPLIANCE WITH DISCOVERY

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 35    Filed 01/22/21    Ent. 01/22/21 21:18:26    Pg. 4 of 4