Thomas McAvity
Northwest Debt Relief Law Firm
1312 Main Street
Vancouver, WA 98660
tom@nwrelief.com
503-739-3474

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants. | Misc. P. No. 20-00400-MJH<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

TO: CLERK OF THE COURT PLEASE TAKE NOTICE

that the undersigned attorney hereby withdraws as counsel for Thomas McAvity and Northwest Debt Relief Law Firm and that Thomas McAvity, located at 4602 E. Thomas Road, Phoenix, AZ 85018, is hereby substituted as counsel for both himself and Northwest Debt Relief Law Firm in this case. You are hereby requested to serve all further pleadings, exclusive of process, upon the undersigned at the address shown above.

Dated: February 8, 2021

Withdrawing Attorney                             Substituting Attorney

/s/ Dan Garrison                                 /s/Tom McAvity
Dan Garrison, admitted *pro hac vice*            Thomas McAvity, WSBA#35197

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL