UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants. | Misc. P. No. 20-00400-MJH<br><br>STIPULATION TO CONTINUE TRIAL DATE |

Acting United States Trustee for Region 18, Gregory M. Garvin ("U.S. Trustee"), by and through his attorney, Matthew J.P. Johnson, and the Defendants, hereby requests that the Court continue the trial in this matter, which is presently set for June 14th, 2021, in order to allow time to finish the investigation into the documents produced in discovery.

In response to the U.S. Trustee's request for production the Defendant, Thomas McAvity, doing business as Northwest Debt Relief Law Firm, produced one-hundred and fifty-eight individual bankruptcy case files. The United States Trustee has completed his initial examination of the files, but it appears there may be a substantial number of missing documents. Seven of the case files do not contain a signed petition, fifty-four files do not contain a signed pre-petition fee agreement, and nine case lack signed schedules. Many other case files appear to lack the notice required under section 527(a) and 527(b). At this time, it is impossible to tell whether Defendants obtained these documents from the debtors and did not provide them to the United States Trustee, whether the Defendant's failed to obtain these documents from the

STIPULATION TO CONTINUE TRIAL DATE – 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 37    Filed 04/12/21    Ent. 04/12/21 09:57:49    Pg. 1 of 2

debtors, or whether some other explanation exists for the failure to produce the documents. As such, the parties requests addition time to conduct discovery to determine the reasons for the missing documents.

The U.S. Trustee contacted chambers on March 25th, 2021, seeking a new trial date and was informed by the Courtroom Deputy, Sammii Bergeson, that Judge Heston had available trial dates on September 20th through the 24th. Therefore, the parties that the trial be moved to September 20th through September 24, 2021, and the corresponding deadlines be continued accordingly.

Dated: March 25th, 2021.

Respectfully Submitted by:

Gregory M. Garvin
Acting United States Trustee for Region 19

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

And

/s/
Thomas McAvity, WSBA #35197
Defendant

STIPULATION TO CONTINUE TRIAL
DATE – 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 37    Filed 04/12/21    Ent. 04/12/21 09:57:49    Pg. 2 of 2