Honorable Mary Jo Heston
Ex Parte

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES TRUSTEE<br><br>　　　　　Plaintiff,<br><br>v.<br><br>THOMAS MCAVITY, and NORTHWEST DEBT RELIEF LAW FIRM,<br><br>　　　　　Defendants. | Misc. P. No. 20-00400-MJH<br><br>ORDER EXTENDING TRIAL DATE |

THIS MATTER, having come before the Court on the agreement of the Acting United States Trustee for Region 18, Gregory M. Garvin, by and through his attorney, Matthew J.P. Johnson, and the Defendants, seeking a continuance of the trial date in this adversary case, and the Court, having considered the stipulation of the parties, the Court: HEREBY finds that there is cause to continue the trial in this adversary case; and HEREBY ORDERS that the trial date is hereby continued to September 20th, 2021; and

//
//
//
//
//
//
//

ORDER – 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

FURTHER ORDERS that the Court will enter an amended notice of trial and order setting deadlines in this adversary case.

/// END OF ORDER ///

Dated: April 7th, 2021.

Respectfully Submitted by:

Gregory M. Garvin
Acting United States Trustee for Region 19

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

And

/s/
Thomas McAvity, WSBA #35197
Defendant

ORDER – 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)