

U.S. Department of Justice

Office of the United States Trustee

District of Western Washington

700 Stewart Street, Suite 5103     Voice (206) 553-2000
Seattle, WA 98101-1271     Fax (206) 553-2566
matthew.j.johnson@usdoj.gov

July 23, 2021

<u>Via ECF</u>

Judge Mary Jo Heston
United States Bankruptcy Court
1717 Pacific Avenue
Courtroom H
Tacoma, WA 98402

       Re: *UST v. Thomas McAvity and Northwest Debt Relief Law Firm*, Misc. P. No. 20-00400

Dear Judge Heston:

The United States Trustee and Mr. McAvity have reached a settlement in principle. We are currently drafting the terms of the agreement, and do not expect to go to trial, which is currently scheduled before you on September 20th, 2021. Once we have agreement on the language of the settlement, the stipulation and proposed order will be uploaded to the Court for consideration.

Therefore, we request that the current trial date be stricken, with the option of requesting a new date should the settlement fall apart for any reason.

Thank you for your consideration.

Very truly yours,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

*/s/ Matthew J. P. Johnson*
Mathew J. P. Johnson
Trial Attorney