IN THE UNITED STATES BANKRUPTCY COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

In the Matter of:

UNITED STATES TRUSTEE,

    Plainfiff,

vs.

THOMAS MCAVITY and NORTHWEST DEBT RELIEF LAW FIRM,

    Defendant.

Misc. P. No. 20-00400 MJH

DECLARATION OF THOMAS MCAVITY

I, Thomas McAvity, declare as follows:

1. Pursuant to the Order entered on December 23, 2021 in this matter (ECF #51), I issued the refunds on all attorney's fees collected in five cases
2. In the Matter of Pablo Ulibarri 20-40048 MJH, I refunded $1,754.00 on December 1, 2021;
3. In the Matter of Jonathan Atalig 20-40145 MJH, I refunded $1,644.00 on December 1, 2021;

PAGE 1 – Declaration

Thomas McAvity, WSBA#35197
NW Debt Relief Law Firm
650 NE Holladay St. Ste. 1600
Portland, OR 97232

4. In the Matter of Lori Cary 19-14667 MLB, I refunded $1,750.00 on December 1, 2021;

5. In the Matter of Misty & Jeffrey Zimmerman 20-10082 CMA, I refunded $1,712.60 on December 1, 2021

6. In the Matter of April Ross 20-40064 MJH, I refunded $1,451.00 on December 1, 2021.

I hereby declare that the above statements are true and accurate to the best of my knowledge and belief.

Dated this 19th day of January, 2022.

_____
Thomas McAvity, WSBA # 35197

PAGE 2 – Declaration

Thomas McAvity, WSBA#35197
NW Debt Relief Law Firm
650 NE Holladay St. Ste. 1600
Portland, OR 97232