The Honorable Mary Jo Heston
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re: | Misc. Proc. No. 20-00400-MJH |
| United States Trustee, | UNITED STATES TRUSTEE'S |
| Plaintiff, | EX PARTE MOTION TO REOPEN |
| vs. | MISCELLANEOUS PROCEEDING |
| Thomas McAvity, and Northwest Debt Relief Law Firm, | |
| Defendants. | |

The United States Trustee, pursuant to 11 U.S.C. § 350 (b), Fed. R. Bank. P. 5010, and Local Bankruptcy Rule 5010-1, moves *ex parte* that this Court enter an order reopening the above-captioned case.

In support of this motion, the United States Trustee represents and alleges as follows:

1. The United States Trustee has standing to bring this motion pursuant to 11 U.S.C § 307.

2. The United States Trustee brings this motion pursuant to the United States Trustee's authority to supervise the administration of bankruptcy cases under 28 U.S.C. § 586(a)(3).

3. On December 23, 2021, the Court entered a Stipulated Order of Judgement, and closed the case on April 8, 2022. Because this is a miscellaneous proceeding, not a bankruptcy case, no assets were administered nor will be, this case does not involve a claims bar date, and no trustee need be appointed.

UNITED STATES TRUSTEE'S
EX PARTE MOTION TO REOPEN
MISC. PROC. Page - 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 53    Filed 09/01/22    Ent. 09/01/22 09:18:58    Pg. 1 of 2

4. The United States Trustee wishes to conduct post-judgment discovery regarding the Defendants' compliance with the terms of the final order entered in this Proceeding. Accordingly, it is necessary to reopen this case immediately so that the Court may take further action if necessary.

5. No notice need be given to the creditors of the United States Trustee's motion under Local Rule 5010-1, because creditors will not be prejudiced by the action.

WHEREFORE, the United States Trustee respectfully requests that this Court enter an order reopening this miscellaneous proceeding.

DATED this 1st day of September 2022.

Respectfully submitted,

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ Matthew J.P. Johnson
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

UNITED STATES TRUSTEE'S
EX PARTE MOTION TO REOPEN
MISC. PROC. Page - 2

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 53    Filed 09/01/22    Ent. 09/01/22 09:18:58    Pg. 2 of 2