# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>United States Trustee,<br>       Plaintiff,<br> vs.<br><br>Thomas McAvity, and Northwest Debt Relief Law Firm,<br><br>       Defendants. | Misc. Proc. No. 20-00400-MJH<br><br>EX PARTE ORDER GRANTING U.S. TRUSTEE'S MOTION TO REOPEN MISCELLANEOUS PROCEEDING |

THIS MATTER having come before this Court on the United States Trustee's Ex Parte Motion to Reopen Miscellaneous Proceeding; the Court having reviewed the motion and the court file, and being otherwise fully advised in the premises; and good cause having been shown for reopening the case, and the Court finding that no notice of this motion need be given, it is

HEREBY ORDERED that the above-captioned Miscellaneous Proceeding is reopened.

///End of Order///

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

SECOND EX PARTE ORDER REOPENING
MISC. PROC. - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH   Doc 53-1   Filed 09/01/22   Ent. 09/01/22 09:18:58   Pg. 1 of 1