UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

In Re:

United States Trustee,

        Plaintiff,

vs.

Thomas McAvity, and Northwest Debt Relief Law Firm,

        Defendants.

Misc. Proc. No. 20-00400-MJH

EX PARTE ORDER GRANTING U.S. TRUSTEE'S MOTION TO REOPEN MISCELLANEOUS PROCEEDING

THIS MATTER having come before this Court on the United States Trustee's Ex Parte Motion to Reopen Miscellaneous Proceeding; the Court having reviewed the motion and the court file, and being otherwise fully advised in the premises; and good cause having been shown for reopening the case, and the Court finding that no notice of this motion need be given, it is

HEREBY ORDERED that the above-captioned Miscellaneous Proceeding is reopened.

///End of Order///

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

/s/ *Matthew J.P. Johnson*
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

SECOND EX PARTE ORDER REOPENING
MISC. PROC. - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)