Entered on Docket September 1, 2022

**Below is the Order of the Court.**

_/s/ Mary Jo Heston_
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>United States Trustee,<br><br>    vs.    Plaintiff,<br><br>Thomas McAvity, and Northwest Debt Relief Law Firm,<br><br>    Defendants. | Misc. Proc. No. 20-00400-MJH<br><br>EX PARTE ORDER GRANTING U.S. TRUSTEE'S MOTION TO REOPEN MISCELLANEOUS PROCEEDING |

THIS MATTER having come before this Court on the United States Trustee's Ex Parte Motion to Reopen Miscellaneous Proceeding; the Court having reviewed the motion and the court file, and being otherwise fully advised in the premises; and good cause having been shown for reopening the case, and the Court finding that no notice of this motion need be given, it is

HEREBY ORDERED that the above-captioned Miscellaneous Proceeding is reopened.

///End of Order///

Presented by:

GREGORY M. GARVIN
Acting United States Trustee for Region 18

_/s/ Matthew J.P. Johnson_
Matthew J.P. Johnson, WSBA #40476
Attorney for the United States Trustee

SECOND EX PARTE ORDER REOPENING
MISC. PROC. - Page 1

Office of the United States Trustee
United States Courthouse
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-00400-MJH    Doc 55    Filed 09/01/22    Ent. 09/01/22 14:38:25    Pg. 1 of 1