

_____
**Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)**

___

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re:<br><br>UNITED STATES TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS MCAVITY; NORTHWEST DEBT RELIEF LAW FIRM,<br><br>Defendants. | **Misc. Proc. No. 20-00400-MJH**<br><br>**ORDER SETTING STATUS CONFERENCE** |

Upon review of this matter it has been determined that a Status Conference would be beneficial in the adjudication of this case; accordingly, it is hereby;

**ORDERED** that a Status Conference, in the above matter, will be held on **May 18, 2023,** at **9:00 a.m.** The Status Conference shall be held by telephone conference. The call-in instructions are:

Dial: 1-888-363-4749
Enter Access code: 5635947#
Press # sign
Enter the Security Code when prompted: 3887#
Name: Speak your name when prompted

ORDER SETTING STATUS CONFERENCE - 1

**Guidelines**
(1) Use a land line phone and not a cell phone, if possible.
(2) Do not use a speaker phone.
(3) Make the call from a quiet area where background noise is minimal.
(4) Wait until the judge calls your case before speaking.
(5) Please clearly state your name each time you speak
(6) Do not put the phone on hold at any time after the call is connected

///End of Order///

ORDER SETTING STATUS CONFERENCE - 2